**Exhibit "1"**

**ANNEX**










