**Exhibit "2"**

