**Exhibit "5"**

