**Exhibit "6"**

