**Exhibit "7"**

Web Devices
Fall Arrest Systems
WD
MADE IN USA
