**Exhibit "1"**

**ANNEX**

REQUIRED BOARDING ARRANGEMENTS FOR PILOT
In accordance with SOLAS Regulation V/23 & IMO Resolution A.1045(27)
INTERNATIONAL MARITIME PILOTS' ASSOCIATION
H.Q.S. "Wellington" Temple Stairs, Victoria Embankment, London WC2R 2PN Tel: +44 (0)20 7240 3973 Fax: +44 (0)20 7210 3518 Email: office@impahq.org
This document and all IMO Pilot-related documents are available for download at: http://www.impahq.org
RIGGING FOR FREEBOARDS OF 9 METRES OR LESS
HANDHOLD STANCHIONS Min. Diam. 32mm Min. 120cm Above Bulwark
Handholds Min. 70cm Max. 80cm
MAN-ROPES (without knots) Min. Diam. 28mm Max. Diam. 32mm IF REQUIRED BY THE PILOT
SPREADER Min. 180cm Long
SIDE ROPES Min. Diam. 18mm
MAXIMUM 9 STEPS Between spreaders
ALL STEPS Must rest firmly against ship's side
Min. 40cm
31-35cm
5th STEP From bottom must be a spreader
6 METRES unobstructed ship's side
Height Required by Pilot
PILOT
COMBINATION ARRANGEMENT FOR SHIPS WITH A FREEBOARD OF MORE THAN 9 METRES
WHEN NO SIDE DOOR AVAILABLE
PILOT LADDER Must extend at least 2 metres above lower platform
ACCOMMODATION LADDER Secured to ship's side
Ladder must be firmly attached to ship's side 1.5 metres above accommodation platform
Maximum 45° slope
Should lead aft
Lower platform horizontal
0.5m
2m
2m
The lower platform shall be a minimum of 5 metres above the sea
Recommended 9 metres freeboard mark
A pilot ladder requires a climb of not less than 1.5 metres and no more than 9 metres
STERN BOW
PILOT
Accommodation ladder should be secured to ship's side
(Using eyepad, magnetic or pneumatic system)
NO! No shackles, knots or splices
NO! The steps must be equally spaced
NO! The steps must be horizontal and chocks under the steps must be tightly secured
NO! Spreaders must not be lashed between steps
NO! Side ropes must be equally spaced
NO! The steps should not be painted, dirty or slippery
NO! Loops and tripping lines present a tripping hazard and foul the Pilot Launch
Handhold stanchions rigidly secured to deck
Responsible Officer in contact with bridge
Lifebuoy with self-igniting light
Bulwark & Pilot ladder secured to deck strong points
A
PILOT LADDER WINCH REEL
Handholds Min. 70cm Max. 80cm
Pad eye
Minimum Clearance 220cm
NO OBSTRUCTIONS
Min. 91.5cm
Min. 91.5cm
B
Minimum Clearance 220cm
Handholds Min. 70cm Max. 80cm
Minimum 91.5cm
All pilot ladder winch reels should have a means of prevention from being accidentally operated.
The brake and lock must be operative on manually operated winches.
Power winches must have an operative safety device to lock the winch in position.
C
Side opening
Minimum Clearance 220cm
Handholds Min. 70cm Max. 80cm
75cm
75cm
Minimum 91.5cm
Ship's side doors used for transfer should not open outward

___








