**Exhibit "2"**