**Exhibit "3"**

