**Exhibit "4"**



Type: PILOT LADDER ISO799
Model: THETIS
Length: 9 MTR S=28
Prod. date: 03-10-2019
Prod. no.: 3170427/SOLAS
Approval: MEDB00002T9

www.ptrholland.com
QUESTIONS E-MAIL US: INFO@PTRHOLLAND.COM
PLEASE ALWAYS MENTION LADDER PRODUCTION No.

DNV·GL
PTR HOLLAND GROUP