**Exhibit "7"**

