Gerard W. White, Esq.
Charles M. Henderson, III, Esq.
HILL RIVKINS LLP
Attorneys for Third-Party Defendants
United New York Sandy Hook Pilots' Association
United New Jersey Sandy Hook Pilots' Association
United New York Sandy Hook Pilots' Benevolent Association
United New Jersey Sandy Hook Pilots' Benevolent Association
45 Broadway, Suite 2110
New York, NY 10006
Telephone: (212) 669-0606
gwhite@hillrivkins.com,
chenderson@hillrivkins.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
ERIN F. MURRAY, as Executrix and Personal
Representative of the Estate of
(TMR) TIMOTHY M. MURRAY,

                Plaintiff,

    - against -

AET INC. LTD. *in personam* and the
M/V EAGLE TURIN, *in rem*,

                Defendants,

- against -

United New York Sandy Hook Pilots
Association; United New Jersey Sandy
Hook Pilots Association; United New Jersey
Sandy Hook Benevolent Association,
United New York Sandy Hook
Benevolent Association; Pilot Vessel NEW
JERSEY *in rem*, Pilot Launch AMERICA *in rem*

              Third-Party Defendants.
-----------------------------------------------------------x

Civil No.: 1:21-CIV-03360

**STIPULATION TO FILE THIRD-PARTY DEFENDANTS' SHP FIRST AMENDED ANSWER TO THIRD-PARTY COMPLAINT WITH COUNTERCLAIM**

IT IS HEREBY STIPULATED by the undersigned counsel of record, Plaintiff (Estate of Captain Timothy Murray), Defendants / Third-Party Plaintiffs (AET Inc. Ltd and the MV EAGLE

1

TURIN in rem.) that the Third Party Defendants, United New York Sandy Hook Pilots' Association; United New Jersey Sandy Hook Pilots' Association, United New Jersey Sandy Hook Pilots' Benevolent Association, and the United New York Sandy Hook Pilots' Benevolent Association, collectively, "SHP", by and through their attorneys HILL RIVKINS LLP, consent to the filing of Third Party Defendants' First Amended Answer to Verified Third Party Complaint ("SHP's First Amended Answer with Counterclaim).

A redlined version of the SHP's Amended Answer with Counterclaim is attached as Exhibit A and the amended copy for filing is attached as Exhibit B.

WHEREFORE, Answering Third-Party Defendants SHP, with consent of counsel, seeks leave to file SHP's Amended Answer with Counterclaim.

Dated: New York, New York
       August 2, 2023

                              HILL RIVKINS LLP
                              Attorneys for Third Party Defendants

                              By: _____

                              Gerard W. White
                              Charles M. Henderson, III
                              45 Broadway, Suite 2110
                              New York, NY 10006
                              Tel.: 212-669-0606
                              gwhite@hillrivkins.com
                              chenderson@hillrivkins.com

TABAK, MELLUSI & SHISHA LLP
Attorneys for Plaintiff

By: *Ralph J. Mellusi* (signature)

Ralph J. Mellusi

29 Broadway
New York, NY 10006

Attn:   Jake Shisha, Esq.
        Ralph M. Mellusi, Esq.

FREEHILL HOGAN AND MAHAR, LLP
Attorneys for Defendant and Third-Party Plaintiff
AET Inc. Ltd. MV EAGLE TURIN, *in rem.*

By: (signature)

Thomas M. Canevari / Eric J. Matheson

80 Pine Street, 25th Floor
New York, NY 10005
  Attn: Thomas M. Canevari, Esq. / Eric J. Matheson, Esq.

So Ordered:

*Timothy Reif* (signature)

Timothy M. Reif, Judge
United States Court of International Trade
Sitting by Designation, United States District Court for the Southern District of New York

Dated:   August 3, 2023